# John Carlin

**From:** Christian Carrillo <jimcarrill●●●@gmail.com>
**Sent:** Tuesday, September 15, 2020 12:01 AM
**To:** John Carlin
**Subject:** Fwd: Important information about your account.

This was sent today

Thanks again John for your help sir

---------- Forwarded message ---------
From: **Zenresolve Customer Service** <CustomerService@zenresolve.com>
Date: Mon, Sep 14, 2020 at 1:07 PM
Subject: Important information about your account.
To: Jimmy Carrillo <jimcarril●●●@gmail.com>

ZenResolve Account: 164▓▓▓

Creditor: Lendumo

Balance Due: $1,843.23

Default Date: 2019-10-31

Thanks,

ZenResolve Team

© 2020. All Rights Reserved | Privacy Policy |

Terms

of Use | Unsubscribe



ZenResolve, LLC

800-225-1375

<u>7020 E Acoma Dr, Scottsdale, AZ 85254</u>

This communication is from a debt collector. This is an attempt to collect a debt, and any information obtained from you will be used for that purpose.

The content of this email is confidential and intended for the recipient specified in this message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

This communication is not intended, nor is it an attempt, to terminate the validation period referenced in the initial communication that you received regarding this account. Please refer to the initial communication for the commencement date of the validation period. If you wish to stop receiving these emails, please **Unsubscribe**.